

VIA EMAIL

November 9, 2023

ATTN: Public Records
City of Boston Election Department
1 City Hall Square, Room 241
Boston, MA 02201
Email: election@boston.gov

**RE: NVRA Request**

Dear Disclosure Officer:

I am writing on behalf of the Public Interest Legal Foundation to request inspection (or production) of voter registration records. The Public Interest Legal Foundation ("Foundation") is a nonpartisan, nonprofit, public-interest law firm that studies voter list maintenance procedures throughout the Nation.

The National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. §§ 20501 *et seq.*, requires each state and the District of Columbia to make available for public inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1).

Pursuant to Section 20507(i) of NVRA, the Foundation requests that your office reproduce or provide the opportunity to inspect the following records:

1. A current or most updated copy of the City of Boston's portion of the registry of voters containing all data fields as described in Mass. General Laws c.51 § 47C.

Should further clarification be required, send email to lchurchwell@publicinterestlegal.org. Thank you for your assistance in advance.

Sincerely,

Logan Churchwell,
Research Director
Public Interest Legal Foundation