## UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION,** *Plaintiff*, v. **BOSTON ELECTIONS DEPARTMENT** *Defendant*. | No. 1:24-cv-10521 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Public Interest Legal Foundation, by and through undersigned counsel, hereby voluntarily dismisses this action in its entirety without prejudice.

Dated: March 4, 2024.

Respectfully submitted,

   */s/ Frank L. McNamara*

Frank L. McNamara, Jr., Esq.
(BBO #339300)
McNamara & Associates
53 Wilder Road
Bolton, MA 01740
Tel: (978) 333-9608
franklmcnamara@gmail.com
Maureen Riordan* (NY Bar No. 2058840)
Joe Nixon (TX Bar No. 1524400)
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700

Alexandria, VA 22314
Tel: (703) 745-5870
mriordan@publicinterestlegal.org
jnixon@publicinterestlegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to counsel of record.

    */s/ Frank L. McNamara*
Frank L. McNamara, Jr., Esq. (BBO #339300)
McNamara & Associates 53 Wilder Road
Bolton, MA 01740 Tel: (978) 333-9608
franklmcnamara@gmail.com
Maureen Riordan* (NY Bar No. 2058840) Joe Nixon (TX Bar No. 1524400) PUBLIC INTEREST LEGAL FOUNDATION 107 S. West Street, Suite 700 Alexandria, VA 22314
Tel: (703) 745-5870
mriordan@publicinterestlegal.org
jnixon@publicinterestlegal.org